# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

**JESUS MACIAS ORTEGA ,**                                    **1:25–CV–00730–HBK  (HC)**

                                      Petitioner,                     ORDER AUTHORIZING
                                                                                 IN FORMA PAUPERIS STATUS

                           vs.

**TANYA ANDREWS,**

                                      Respondent.

_____  /

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C.  § 1915, petitioner is hereby AUTHORIZED

to proceed in forma pauperis.  The petition will be screened in due course.

SO ORDERED.

    DATED:  6/16/25                                           _/s/  Helena M. Barch–Kuchta_____
                                                                          United States Magistrate Judge

1